

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Elbar Investments, Inc. **V.** Garden Oaks Maintenance Organization

Appellate case number:   01-14-00447-CV

Trial court case number:  2011-67560

Trial court:                 269th District Court of Harris County

Date motion filed:         6/17/2016

Party filing motion:       Appellee

    It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Michael Massengale

            ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Massengale, and Huddle

Date: August 2, 2016